**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-29533-DRC |
| | § | |
| TIMOTHY HOPKINS | § | |
| SUSAN HOPKINS | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 06/22/2012, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/11/2012          By:  /s/ David E. Grochocinski
                                        (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 11-29533-DRC
§
TIMOTHY HOPKINS §
SUSAN HOPKINS §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $15,500.11
*and approved disbursements of* $1,905.16
*leaving a balance on hand of[1]:* $13,594.95

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $13,594.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $2,300.01 | $0.00 | $2,300.01 |
| David E. Grochocinski, Trustee Expenses | $168.94 | $0.00 | $168.94 |
| American Auction Associates, Inc., Auctioneer for Trustee Expenses | $329.82 | $0.00 | $329.82 |

Total to be paid for chapter 7 administrative expenses: $2,798.77
Remaining balance: $10,796.18

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
**UST-Form 101-7-NFR (5/1/2011)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $10,796.18 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $10,796.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $180,084.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $1,669.94 | $0.00 | $100.31 |
| 2 | JPMorgan Chase Bank, N.A. | $94,920.30 | $0.00 | $5,701.38 |
| 3 | Chase Bank USA, N.A. | $10,033.67 | $0.00 | $602.67 |
| 4 | Chase Bank USA, N.A. | $2,696.21 | $0.00 | $161.95 |
| 5 | Chase Bank USA, N.A. | $23,670.20 | $0.00 | $1,421.75 |
| 6 | Chase Bank USA, N.A. | $19,508.24 | $0.00 | $1,171.76 |
| 7 | American Express Bank, FSB | $12,597.97 | $0.00 | $756.70 |
| 8 | Ford Motor Credit Company LLC | $4,862.29 | $0.00 | $292.05 |
| 9 | Ford Motor Credit Company LLC | $6,033.68 | $0.00 | $362.41 |
| 10 | Discover Bank | $4,091.69 | $0.00 | $245.77 |

|  | Total to be paid to timely general unsecured claims: | $10,816.75 |
|---|---|---|
|  | Remaining balance: | ($20.57) |

**UST-Form 101-7-NFR (5/1/2011)**

      Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | ($20.57) |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | ($20.57) |

Prepared By: /s/ David E. Grochocinski
                  Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-29533-DRC
Timothy Hopkins                                                       Chapter 7
Susan Hopkins
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: driddick           Page 1 of 3           Date Rcvd: May 14, 2012
                              Form ID: pdf006          Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2012.
db/jdb       +Timothy Hopkins,   Susan Hopkins,   829 62nd St.,    Downers Grove, IL 60516-1903
17557231     +ACL labs,   PO 27901,   Milwaukee, WI 53227-0901
17557235     +ASM Sleep Center,   10640 165th St.,   Orland Park, IL 60467-8734
17557232     +Airgas,   PO 2395,   Waterloo, IA 50704-2395
17557233     +American Express,   c/o Blitt & Gaines,   661 Glenn Ave.,   Wheeling, IL 60090-6017
17557234     +American Express,   PO 53733,   Phoenix, AZ 85072-3733
17620923      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
17557236      Chase,   Cardmember Services,   PO Box 15153,   Wilmington, DE 19886-5153
17557237     +Chase,   c/o Integrity,   4370 W. 109th St., St. 100,   Leawood, KS 66211-1316
18285364      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17557238     +Cintas,   PO 7759,   Romeoville, IL 60446-0759
17557240     +DS Waters,   c/o Collection Bureau of ASm,   PO 5013,   Hayward, CA 94540-5013
17557241     +DuPage Medical Group,   1860 Paysphere Cir.,   Chicago, IL 60674-0018
17557242     +DuPage Pathology,   520 E. 22nd St.,   Lombard, IL 60148-6110
17557243     +DuPage Urology,   1259 Rickert,   St. 200,   Naperville, IL 60540-8941
17557244      Federal Express,   3875 Airways, Module H3,   Dept. 4634,   Memphis, TN 38116
17557245     +Ford Motor Credit,   PO Box 790093,   Saint Louis, MO 63179-0093
18497026     +Ford Motor Credit Company LLC,   P O Box 6275,   Dearborn, MI 48121-6275
17557247     +Fort Dearborn Life,   36788 Eagle Way,   Chicago, IL 60678-1367
17557249     +GMAC Mortgage,   PO 780,   Waterloo, IA 50704-0780
17557248     +Glen Glista MD,   20 E. Ogden,   Hinsdale, IL 60521-3692
17557250     +Good Samaritan Hospital,   3815 Highland Ave,   Downers Grove, IL 60515-1590
17557251     +Hinckley Springs,   PO 660579,   Dallas, TX 75266-0579
17557252     +Hinsdale Hospital,   c/o Merchanys Credit,   223 W. Jackson Blvd.,   Chicago, IL 60606-6908
17557254      IL Dept of Employment Security,   Benefit Repayments,   P.O. Box 6996,   Chicago, IL 60680-6996
17557255     +JP Morgan Chase,   c/o D. Johnson,   321 N. Clark, 5th floor,   Chicago, IL 60654-4714
18155042     +JPMorgan Chase Bank, N.A.,   c/o Law Office of Douglas Johnson,   321 N. Clark, 5th Floor,
               Chicago, IL 60654-4769
17557256     +Lab Corp,   PO 2240,   Burlington, NC 27216-2240
17557257     +Lagrang Memorial,   PO 9234,   Hinsdale, IL 60522-9234
17557258     +Landmark Merchant Solutions,   184 Shuman Blvd. #350,   Naperville, IL 60563-8433
17557259      Lowes Business Card,   PO 5309760,   Atlanta, GA 30353
17557260     +M&M Ortho,   4300 Comerce Ct. St. 2300,   Lisle, IL 60532-3698
17557261     +McMaster Carr,   c/o Biehl & Biehl,   PO 87410,   Carol Stream, IL 60188-7410
17557263     +Metro Center for Health,   500 E. Ogden St. C,   Hinsdale, IL 60521-2480
17557264     +Midland Funding,   c/o Blatt Hasenmiller,   125 S. Wacker Dr., St. 400,   Chicago, IL 60606-4440
17557265     +Midwest Diagnostic,   75 Reittance SDr.,   st. 3070,   Chicago, IL 60675-1001
17557266     +Midwest Heart Specialist,   3496 Paysphere Cir.,   Chicago, IL 60674-0034
17557267     +Midwest Pulmonary,   2340 S. Highland #230,   Lombard, IL 60148-5374
17557268     +NCO Financial,   600 Holiday Plaza Dr.,   St. 300,   Matteson, IL 60443-2238
17557269     +Office Depot,   c/o Pro Consulting,   PO 66510,   Houston, TX 77266-6510
17557270      Peter Hui MD,   439 S. York St.,   Elmhurst, IL 60126
17557271     +Pitney Bowes,   c/o Allen Maxwell,   190 Sylvan Ave.,   Englewood Cliffs, NJ 07632-2546
17557272     +Quest Diagnostics,   PO 64804,   Baltimore, MD 21264-4804
17557273     +Radiologists of Dupage,   520 E. 22nd St.,   Lombard, IL 60148-6110
17557275     +SBA,   200 W. Santa Ana,   St. 180,   Santa Ana, CA 92701-4134
17557274     +Santander USA,   PO 660633,   Dallas, TX 75266-0633
17557276     +Shell,   PO 183019,   Columbus, OH 43218-3019
17557277      Shell Citibank,   c/o LTD Financial,   7322 SW Freeway, St. 1600,   Houston, TX 77074
17557278      Sikich,   988 Corporate Blvd.,   Aurora, IL 60502
17557280     +Sonnys enterprises,   5605 Hiatus Rd.,   Fort Lauderdale, FL 33321-6408
17557281     +Suburban Radiologists,   1446 Momentum Pl.,   Chicago, IL 60689-5314
17557282     +The Hartford,   RMS,   PO 280431,   East Hartford, CT 06128-0431
17557283     +Transworld,   1375 E. Woodfield,   Schaumburg, IL 60173-5423
17557285     +UPS,   c/o Baker Govern & Baker,   7771 W. Oakland Park, St. 240,
               Fort Lauderdale, FL 33351-6747
17557284     +United Mileage Plus,   P.O. 15153,   Wilmington, DE 19886-5153
17557286     +Vascualr radiologists,   PO 7002,   Bolingbrook, IL 60440-7002
17557287     +Windtrax,   c/o CMI,   PO 28851,   Philadelphia, PA 19151-0851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18117976      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2012 03:23:45
               American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
17557239     +E-mail/Text: BKRMailOps@weltman.com May 15 2012 04:01:49      Discover,
               c/o Weltman Weinberg & reis,   180 N. LaSalle St., st. 2400,   Chicago, IL 60601-2704
18520561      E-mail/PDF: mrdiscen@discoverfinancial.com May 15 2012 03:14:26      Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany OH 43054-3025
17557262     +Fax: 847-227-2151 May 15 2012 02:23:42      Medical Recovwery Specialists,   2250 E Devon, St. 352,
               Des Plaines, IL 60018-4519
17557279     +E-mail/Text: pdeling@sba.gov May 15 2012 03:18:11      Small Business Administration,
               801 Tom Martin Dr.,   St. 120,   Birmingham, AL 35211-6424
                                                                                              TOTAL: 5

```
District/off: 0752-1          User: driddick              Page 2 of 3                  Date Rcvd: May 14, 2012
                              Form ID: pdf006             Total Noticed: 62

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18315862*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17557246*     +Ford Motor Credit,    PO Box 790093,    Saint Louis, MO 63179-0093
17557253    ##+Huron Valley Sales,    151 S. Industrial Dr.,    Saline, MI 48176-9182
                                                                                            TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2012**               **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: driddick              Page 3 of 3                  Date Rcvd: May 14, 2012
                              Form ID: pdf006             Total Noticed: 62
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2012 at the address(es) listed below:

```
          Cari A Kauffman    on behalf of Creditor   GMAC Mortgage, LLC ND-Four@il.cslegal.com
          David E Grochocinski    dgrochocinski@ggl-law.com,   deg@trustesolutions.net
          Michael J. Davis    on behalf of Debtor Timothy Hopkins mdavis@springerbrown.com,
           davislaw80@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 4
```