# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-29533-DRC |
| | § | |
| TIMOTHY HOPKINS | § | |
| SUSAN HOPKINS | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $13,300.00 | Assets Exempt: | $497,950.00 |
| Total Distributions to Claimants: | $12,616.25 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $2,883.86 | | |

3) Total gross receipts of $15,500.11 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,500.11 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $1,799.50 | $1,799.50 | $1,799.50 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $2,883.86 | $2,883.86 | $2,883.86 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $180,084.19 | $180,084.19 | $10,816.75 |
| **Total Disbursements** | NA | $184,767.55 | $184,767.55 | $15,500.11 |

4). This case was originally filed under chapter 7 on 07/19/2011. The case was pending for -1338 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>08/10/2012</u>                              By:    <u>/s/ David E. Grochocinski</u>
                                                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

## EXHIBITS TO
## FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 1991 PORSCHE 011 | 1129-000 | $15,500.00 |
| Interest Earned | 1270-000 | $0.11 |
| **TOTAL GROSS RECEIPTS** | | $15,500.11 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SANTANDER CONSUMER USA INC. | 4210-000 | NA | $1,799.50 | $1,799.50 | $1,799.50 |
| **TOTAL SECURED CLAIMS** | | | NA | $1,799.50 | $1,799.50 | $1,799.50 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $2,300.01 | $2,300.01 | $2,300.01 |
| David E. Grochocinski, Trustee | 2200-000 | NA | $168.94 | $168.94 | $168.94 |
| Green Bank | 2600-000 | NA | $39.67 | $39.67 | $39.67 |
| The Bank of New York Mellon | 2600-000 | NA | $27.52 | $27.52 | $27.52 |
| UPS | 2990-000 | NA | $17.90 | $17.90 | $17.90 |
| American Auction Associates, Inc., Auctioneer for Trustee | 3620-000 | NA | $329.82 | $329.82 | $329.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,883.86 | $2,883.86 | $2,883.86 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

UST Form 101-7-TDR (5/1/2011)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | NA | $1,669.94 | $1,669.94 | $100.31 |
| 2 | JPMorgan Chase Bank, N.A. | 7100-000 | NA | $94,920.30 | $94,920.30 | $5,701.38 |
| 3 | Chase Bank USA, N.A. | 7100-000 | NA | $10,033.67 | $10,033.67 | $602.67 |
| 4 | Chase Bank USA, N.A. | 7100-000 | NA | $2,696.21 | $2,696.21 | $161.95 |
| 5 | Chase Bank USA, N.A. | 7100-000 | NA | $23,670.20 | $23,670.20 | $1,421.75 |
| 6 | Chase Bank USA, N.A. | 7100-000 | NA | $19,508.24 | $19,508.24 | $1,171.76 |
| 7 | American Express Bank, FSB | 7100-000 | NA | $12,597.97 | $12,597.97 | $756.70 |
| 8 | Ford Motor Credit Company LLC | 7100-000 | NA | $4,862.29 | $4,862.29 | $292.05 |
| 9 | Ford Motor Credit Company LLC | 7100-000 | NA | $6,033.68 | $6,033.68 | $362.41 |
| 10 | Discover Bank | 7100-000 | NA | $4,091.69 | $4,091.69 | $245.77 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $180,084.19 | $180,084.19 | $10,816.75 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1                     Exhibit 8

| Case No.: | 11-29533-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | HOPKINS, TIMOTHY AND HOPKINS, SUSAN | Date Filed (f) or Converted (c): | 07/19/2011 (f) |
| For the Period Ending: | 8/10/2012 | §341(a) Meeting Date: | 08/23/2011 |
| | | Claims Bar Date: | 02/23/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 829 62ND STREET, DOWNERS GROVE | $300,000.00 | $0.00 | | $0.00 | FA |
| 2 | PNC BANK | $100.00 | $0.00 | DA | $0.00 | FA |
| 3 | HOUSEHOLD GOODS | $3,250.00 | $0.00 | | $0.00 | FA |
| 4 | CLOTHING | $400.00 | $0.00 | | $0.00 | FA |
| 5 | WEDDING RINGS | $1,500.00 | $0.00 | | $0.00 | FA |
| 6 | LIFE INSURANCE | $0.00 | $0.00 | | $0.00 | FA |
| 7 | ROTH IRA | $5,400.00 | $0.00 | DA | $0.00 | FA |
| 8 | ROTH IRA | $5,100.00 | $0.00 | DA | $0.00 | FA |
| 9 | STOCK | $0.00 | $0.00 | | $0.00 | FA |
| 10 | 2004 FORD 2-250 | $2,000.00 | $0.00 | DA | $0.00 | FA |
| 11 | 2006 FORD 2-250 | $4,000.00 | $0.00 | | $0.00 | FA |
| 12 | 2006 FORD E-250 | $10,000.00 | $0.00 | | $0.00 | FA |
| 13 | 1991 PORSCHE 011 | $12,000.00 | $12,000.00 | | $15,500.00 | FA |
| 14 | 1998 CROWN VICTORIA | $2,000.00 | $0.00 | | $0.00 | FA |
| 15 | 2001 DODGE RAME | $4,000.00 | $0.00 | DA | $0.00 | FA |
| 16 | 1998 TOYOTA CAMRY | $1,500.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned                               (u) | Unknown | Unknown | | $0.11 | Unknown |

| TOTALS (Excluding unknown value) | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| | $351,250.00 | $12,000.00 | $15,500.11 | $0.00 |

**Major Activities affecting case closing:**
SOLD PORCHE FOR $15,500 ON DECEMBER 15, 2011; WAITING FOR BAR DATE TO EXPIRE

| Initial Projected Date Of Final Report (TFR): | 06/30/2013 | Current Projected Date Of Final Report (TFR): | 06/30/2013 | /s/ DAVID E. GROCHOCINSKI |
|---|---|---|---|---|
| | | | | DAVID E. GROCHOCINSKI |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-29533-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | HOPKINS, TIMOTHY AND HOPKINS, SUSAN | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******4219 | | Money Market Acct #: | ******0165 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 7/19/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/10/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/04/2012 | (13) | AMERICAN AUCTION ASSOCIATES, INC. | AUCTION PROCEEDS | 1129-000 | $15,500.00 | | $15,500.00 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $15,500.11 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $27.52 | $15,472.59 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $15,472.59 | $0.00 |
| | | | TOTALS: | | $15,500.11 | $15,500.11 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $15,472.59 | |
| | | | Subtotal | | $15,500.11 | $27.52 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $15,500.11 | $27.52 | |

| For the period of 7/19/2011 to 8/10/2012 | | For the entire history of the account between 01/04/2012 to 8/10/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $15,500.11 | Total Compensable Receipts: | $15,500.11 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,500.11 | Total Comp/Non Comp Receipts: | $15,500.11 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $27.52 | Total Compensable Disbursements: | $27.52 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27.52 | Total Comp/Non Comp Disbursements: | $27.52 |
| Total Internal/Transfer Disbursements: | $15,472.59 | Total Internal/Transfer Disbursements: | $15,472.59 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-29533-DRC | |
| Case Name: | HOPKINS, TIMOTHY AND HOPKINS, SUSAN | |
| Primary Taxpayer ID #: | ******4219 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/19/2011 | |
| For Period Ending: | 8/10/2012 | |

| | |
|---|---|
| Trustee Name: | David E. Grochocinski |
| Bank Name: | The Bank of New York Mellon |
| Checking Acct #: | ******0166 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

| For the period of 7/19/2011 to 8/10/2012 | | For the entire history of the account between 01/04/2012 to 8/10/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 11-29533-DRC | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | HOPKINS, TIMOTHY AND HOPKINS, SUSAN | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******4219 | **Checking Acct #:** | ******3301 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 7/19/2011 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/10/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $15,472.59 | | $15,472.59 |
| 02/09/2012 | 5001 | SANTANDER CONSUMER USA INC. | ACCT# 2194257/PAYOFF OF LIEN ON 1991 PORSCHE | 4210-000 | | $1,799.50 | $13,673.09 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $16.93 | $13,656.16 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $22.74 | $13,633.42 |
| 04/16/2012 | 5002 | UPS | | 2990-000 | | $17.90 | $13,615.52 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $20.57 | $13,594.95 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $21.93 | $13,573.02 |
| 06/22/2012 | | Green Bank | | 2600-000 | | ($21.93) | $13,594.95 |
| 06/22/2012 | 5003 | American Auction Associates, Inc. | Distribution on Claim #: ; | 3620-000 | | $329.82 | $13,265.13 |
| 06/22/2012 | 5004 | David E. Grochocinski | Trustee Expenses | 2200-000 | | $168.94 | $13,096.19 |
| 06/22/2012 | 5005 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $2,300.01 | $10,796.18 |
| 06/22/2012 | 5006 | American InfoSource LP as agent for | Distribution on Claim #: 1; | 7100-000 | | $99.92 | $10,696.26 |
| 06/22/2012 | 5007 | JPMorgan Chase Bank, N.A. | Distribution on Claim #: 2; | 7100-000 | | $5,678.98 | $5,017.28 |
| 06/22/2012 | 5008 | Chase Bank USA, N.A. | Distribution on Claim #: 3; | 7100-000 | | $600.30 | $4,416.98 |
| 06/22/2012 | 5009 | Chase Bank USA, N.A. | Distribution on Claim #: 4; | 7100-000 | | $161.31 | $4,255.67 |
| 06/22/2012 | 5010 | Chase Bank USA, N.A. | Distribution on Claim #: 5; | 7100-000 | | $1,416.16 | $2,839.51 |
| 06/22/2012 | 5011 | Chase Bank USA, N.A. | Distribution on Claim #: 6; | 7100-000 | | $1,167.16 | $1,672.35 |
| 06/22/2012 | 5012 | American Express Bank, FSB | Distribution on Claim #: 7; | 7100-000 | | $753.72 | $918.63 |
| 06/22/2012 | 5013 | Ford Motor Credit Company LLC | Distribution on Claim #: 8; | 7100-000 | | $290.91 | $627.72 |
| 06/22/2012 | 5014 | Ford Motor Credit Company LLC | Distribution on Claim #: 9; | 7100-000 | | $360.99 | $266.73 |
| 06/22/2012 | 5015 | Discover Bank | Distribution on Claim #: 10; | 7100-000 | | $244.80 | $21.93 |
| 06/30/2012 | | Green Bank | Bank Service fee Correction for April | 2600-000 | | ($20.57) | $42.50 |
| 07/03/2012 | 5006 | VOID: American InfoSource LP as agent for | Void of Check# 5006 | 7100-003 | | ($99.92) | $142.42 |
| 07/03/2012 | 5007 | VOID: JPMorgan Chase Bank, N.A. | Void of Check# 5007 | 7100-003 | | ($5,678.98) | $5,821.40 |
| 07/03/2012 | 5008 | VOID: Chase Bank USA, N.A. | Void of Check# 5008 | 7100-003 | | ($600.30) | $6,421.70 |
| 07/03/2012 | 5009 | VOID: Chase Bank USA, N.A. | Void of Check# 5009 | 7100-003 | | ($161.31) | $6,583.01 |
| 07/03/2012 | 5010 | VOID: Chase Bank USA, N.A. | Void of Check# 5010 | 7100-003 | | ($1,416.16) | $7,999.17 |
| | | | **SUBTOTALS** | | $15,472.59 | $7,473.42 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-29533-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | HOPKINS, TIMOTHY AND HOPKINS, SUSAN | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******4219 | | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 7/19/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/10/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/03/2012 | 5011 | VOID: Chase Bank USA, N.A. | Void of Check# 5011 | 7100-003 | | ($1,167.16) | $9,166.33 |
| 07/03/2012 | 5012 | VOID: American Express Bank, FSB | Void of Check# 5012 | 7100-003 | | ($753.72) | $9,920.05 |
| 07/03/2012 | 5013 | VOID: Ford Motor Credit Company LLC | Void of Check# 5013 | 7100-003 | | ($290.91) | $10,210.96 |
| 07/03/2012 | 5014 | VOID: Ford Motor Credit Company LLC | Void of Check# 5014 | 7100-003 | | ($360.99) | $10,571.95 |
| 07/03/2012 | 5015 | VOID: Discover Bank | Void of Check# 5015 | 7100-003 | | ($244.80) | $10,816.75 |
| 07/03/2012 | 5016 | American InfoSource LP as agent for | Distribution on Claim #: 1; | 7100-000 | | $100.31 | $10,716.44 |
| 07/03/2012 | 5017 | JPMorgan Chase Bank, N.A. | Distribution on Claim #: 2; | 7100-000 | | $5,701.38 | $5,015.06 |
| 07/03/2012 | 5018 | Chase Bank USA, N.A. | Distribution on Claim #: 3; | 7100-000 | | $602.67 | $4,412.39 |
| 07/03/2012 | 5019 | Chase Bank USA, N.A. | Distribution on Claim #: 4; | 7100-000 | | $161.95 | $4,250.44 |
| 07/03/2012 | 5020 | Chase Bank USA, N.A. | Distribution on Claim #: 5; | 7100-000 | | $1,421.75 | $2,828.69 |
| 07/03/2012 | 5021 | Chase Bank USA, N.A. | Distribution on Claim #: 6; | 7100-000 | | $1,171.76 | $1,656.93 |
| 07/03/2012 | 5022 | American Express Bank, FSB | Distribution on Claim #: 7; | 7100-000 | | $756.70 | $900.23 |
| 07/03/2012 | 5023 | Ford Motor Credit Company LLC | Distribution on Claim #: 8; | 7100-000 | | $292.05 | $608.18 |
| 07/03/2012 | 5024 | Ford Motor Credit Company LLC | Distribution on Claim #: 9; | 7100-000 | | $362.41 | $245.77 |
| 07/03/2012 | 5025 | Discover Bank | Distribution on Claim #: 10; | 7100-000 | | $245.77 | $0.00 |
| | | | | **SUBTOTALS** | $0.00 | $7,999.17 | |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-29533-DRC | | | Trustee Name: | David E. Grochocinski |
| Case Name: | HOPKINS, TIMOTHY AND HOPKINS, SUSAN | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******4219 | | | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 7/19/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/10/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $15,472.59 | $15,472.59 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $15,472.59 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $15,472.59 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $15,472.59 | |

| For the period of 7/19/2011 to 8/10/2012 | | For the entire history of the account between 02/07/2012 to 8/10/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $15,472.59 | Total Internal/Transfer Receipts: | $15,472.59 |
| Total Compensable Disbursements: | $15,472.59 | Total Compensable Disbursements: | $15,472.59 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,472.59 | Total Comp/Non Comp Disbursements: | $15,472.59 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-29533-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | HOPKINS, TIMOTHY AND HOPKINS, SUSAN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******4219 | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/19/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|
| | | | $15,500.11 | $15,500.11 | $0.00 |

| For the period of 7/19/2011 to 8/10/2012 | | For the entire history of the case between 07/19/2011 to 8/10/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $15,500.11 | Total Compensable Receipts: | $15,500.11 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,500.11 | Total Comp/Non Comp Receipts: | $15,500.11 |
| Total Internal/Transfer Receipts: | $15,472.59 | Total Internal/Transfer Receipts: | $15,472.59 |
| | | | |
| Total Compensable Disbursements: | $15,500.11 | Total Compensable Disbursements: | $15,500.11 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,500.11 | Total Comp/Non Comp Disbursements: | $15,500.11 |
| Total Internal/Transfer Disbursements: | $15,472.59 | Total Internal/Transfer Disbursements: | $15,472.59 |